**Electronically Filed
Supreme Court
29598
19-OCT-2010
10:16 AM**

NO. 29598

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

In the Matter of the Tax Appeal of

REEL HOOKER SPORTFISHING, INC., Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAI'I, DEPARTMENT OF TAXATION,
Respondent/Defendant-Appellee.

-------------------------------------------------------------------

EXACT GAME FISHING, INC., Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAI'I, DEPARTMENT OF TAXATION,
Respondent/Defendant-Appellee.

-------------------------------------------------------------------

FINEST KIND, INC., Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAI'I, DEPARTMENT OF TAXATION,
Respondent/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NOS. 07-0072, 07-0073, AND 07-0074)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Duffy, J., for the court[1])

Petitioners/Plaintiffs-Appellants Reel Hooker Sportfishing, Inc., Exact Game Fishing, Inc., and Finest Kind, Inc.'s application for writ of certiorari, filed on September 7, 2010, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 19, 2010.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



Dennis Niles and
Elizabeth E. Bray
for petitioners/
plaintiffs-appellants
on the application

Hugh R. Jones and
Damien A. Elefante,
Deputy Attorneys General,
for respondent/defendant-
appellee on the response

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ. and Circuit Judge Kim, assigned by reason of vacancy.